FRED C. EHNES, PLAINTIFF-APPELLANT, v. LOUIS HRONIS AND KATHERINE HRONIS, HIS WIFE, DEFENDANTS-RESPONDENTS.

Submitted January 21, 1941—Decided February 7, 1941.

Before Justices BODINE and PORTER.

For the plaintiff-appellant, *Jacob J. Greenman* and *Jacob T. Shoenholz*.

For the defendants-respondents, *Saros & Saros* (*Nicholas Saros*).

BODINE, J.   The appeal is from a judgment of no cause of action.  The plaintiff sued upon a promissory note and upon the condition contained in a chattel mortgage securing the same.  The note was admittedly barred by the statute of limitations.

Had there been a covenant in the mortgage to pay the note, the circumstance that the suit on the note was barred by the

statute of limitations would be no defense to an action on the covenant. *Lembech & Betz Eagle Brewing Co.* v. *Krause,* 94 *N. J. L.* 219. But there was no covenant in the chattel mortgage in suit. There was but a condition avoiding the conveyance upon the payment of the debt. This is not a covenant under seal to pay the debt. Hence, there could have been no other ruling than that of the learned trial judge. *Gottfried Krueger Brewing Co.* v. *Remek,* 110 *Id.* 489.

The judgment is affirmed, with costs.